**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 3, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

PATRICK DWAYNE MURPHY,

      Petitioner - Appellant,

v.

TERRY ROYAL Warden, Oklahoma State
Penitentiary,

      Respondent - Appellee.
_____

MUSCOGEE (CREEK) NATION, et al.,

      Amici Curiae.

Nos. 07-7068 and 15-7041

_____

**ORDER**
_____

Before **TYMKOVICH**, Chief Judge, **MATHESON** and **PHILLIPS**, Circuit Judges.
_____

This matter is before the court on the Amici Muscogee (Creek) Nation and the

Seminole Nation of Oklahoma's request to release the oral argument recording for the

hearing held in this appeal on March 22, 2017.  Upon consideration, the motion is

granted.  The Clerk is directed to forward, via email, the MP3 recording of the oral

argument hearing.  That recording shall be forwarded to the all parties to the appeal.


Entered for the Court


ELISABETH A. SHUMAKER, Clerk